IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PLUMBERS AND PIPEFITTERS LOCAL UNION NO. 74 ANNUITY PLAN, PLUMBERS AND PIPEFITTERS LOCAL UNION NO. 74 WELFARE PLAN, AND PLUMBERS AND PIPEFITTERS LOCAL UNION NO. 74 PENSION PLAN (formerly the PIPEFITTERS LOCAL UNION NO. 80 AND EMPLOYERS JOINT PENSION FUND), and SCHOLARSHIP FUND OF THE PLUMBERS AND PIPEFITTERS LOCAL UNION NO. 74<br><br>and<br><br>PLUMBERS AND PIPEFITTERS LOCAL UNION NO. 74 APPRENTICESHIP FUND, PIPEFITTERS LOCAL UNION NO. 74 EDUCATIONAL/PAC FUND, AND LOCAL UNION NO. 74 OF THE UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPEFITTING INDUSTRY OF THE UNITED STATES AND CANADA, AFL-CIO (formerly PIPEFITTERS LOCAL NO. 80),<br><br>        Plaintiffs,<br><br>v.<br><br>MPI MECHANICAL, INC.,<br><br>        Defendant. | C.A. No. 07-CV-00815 (GMS) |

**STIPULATION TO EXTEND TIME FOR
DEFENDANT TO RESPOND TO COMPLAINT**

      IT IS HEREBY STIPULATED and agreed by counsel for Plaintiffs, Plumbers and Pipefitters Local Union No. 74 Annuity Plan, *et. al.*, and counsel for Defendant, MPI

Mechanical, Inc., that Defendant is hereby granted an extension of the time to answer or otherwise respond to Plaintiffs' Complaint, through and including July 3, 2008, in order to permit the parties additional time to continue negotiation and documentation of the settlement of this matter.

| YOUNG, CONAWAY, STARGATT & TAYLOR, LLP | COHEN SEGLIAS PALLAS GREENHALL & FURMAN, PC |
|---|---|
| ___/s/ Timothy J. Snyder, Esquire | ___/s/ Edward Seglias, Esquire |
| Timothy J. Snyder, Esquire | Edward Seglias, Esquire |
| Bar I.D. No. 2408 | Bar I.D. No. 2822 |
| The Brandywine Building, 17th Floor | Nemours Building, Suite 1130 |
| 1000 West Street | 1007 North Orange Street |
| P.O. Box 391 | Wilmington, DE  19801 |
| Wilmington, DE  19899 | (302) 425-5089 |
| (302)571-6645 | *Attorneys for Defendant* |

OF COUNSEL:
Shanna M. Cramer, Esquire
Jennings Sigmond, P.C.
The Penn Mutual Towers, 16th Floor
510 Walnut Street
Philadelphia, PA  19106-3683
(215) 351-0611/0674
*Attorneys for Plaintiffs*

DATED:     June 16, 2008

SO ORDERED this _____ day of_____, 2008.

_____
United States District Judge